```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 02870
   CAROLYN A WILSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3292


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/29/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
EVERGREEN FINANCE        SECURED          6000.00          .00        6000.00
WELLS FARGO BANK         CURRENT MORTG        .00          .00            .00
WELLS FARGO BANK         MORTGAGE ARRE    7391.98          .00        7391.98
WELLS FARGO BANK         NOTICE ONLY    NOT FILED          .00            .00
DOLLIE I WARREN REED     DEBTOR ATTY     1,350.00                     1,350.00
TOM VAUGHN               TRUSTEE                                        880.09
DEBTOR REFUND            REFUND                                       1,692.93

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  17,315.00

PRIORITY                                              .00
SECURED                                         13,391.98
UNSECURED                                             .00
ADMINISTRATIVE                                   1,350.00
TRUSTEE COMPENSATION                               880.09
DEBTOR REFUND                                    1,692.93
                         ---------------        ---------------
TOTALS                   17,315.00              17,315.00
```

PAGE　1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 02870 CAROLYN A WILSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |